**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 431 MAL 2023

            Respondent           :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

            v.                     :

                                     :

MANUEL MORRIS,                   :

            Petitioner            :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of June, 2024, the Petition for Allowance of Appeal is **DENIED**.

     Justice McCaffery did not participate in the consideration or decision of this matter.